435 A.2d 644

## Commonwealth v. Hibarrone, Appellant.

Petition for Allowance of Appeal Denied Jan. 28, 1982.

Argued March 18, 1980. Leslie J. Carson, Jr., for appellant; Cynthia H. Severinsen, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., filed a memorandum concurring and dissenting statement.